■ FRANK P. DE LUCA, Appellant, v CBS INC., et al., Respondents.—Appeal by the plaintiff from a judgment of the Supreme Court, Queens County, entered October 18, 1985.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Levine at Special Term. Brown, J. P., Niehoff, Lawrence and Kooper, JJ., concur.